UNITED STATES DISTRICT COURT

JS-6

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>SB HOSPITALITY PALM SPRINGS, LLC, a California limited liability company dba Comfort Inn Palm Springs Downtown,<br><br>Defendant. | Case No: 5:16-cv-00953-ODW<br><br>**ORDER** |

Upon Stipulation and good cause shown,

IT IS HEREBY ORDERED dismissing the above-captioned action with prejudice. Each party shall bear her/its own costs and attorneys' fees. All pending dates are hereby vacated.

DATED this 13th day of March, 2017.

_____
Judge of the U.S. District Court